UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

U.S. Bancorp Piper Jaffray,

Plaintiff,

v.

American International Specialty Lines Insurance Company, et al.,

Defendants.

Civil 00-1924 JRT/FLN

ORDER OF RECUSAL

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses himself in this matter.

DATED: Aug 30, 2000.

Franklin L Noel
FRANKLIN L. NOEL
Chief Magistrate Judge

FILED 8/31/00
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

Pursuant to a recusal by the Magistrate on this case, the case has now been reassigned to Magistrate Judge Susan R. Nelson.

NEW CASE NUMBER 00-1924 JRT/SRN

Use this case number for all further filings.