UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil 00-1924 DDA/SRN

U.S. Bancorp Piper Jaffray,

Plaintiff,

v.

ORDER OF RECUSAL

American International Specialty Lines Insurance Company, A.I. Management and Professional Liability Claims Adjusters, and A.I.G. Technical Division,

Defendants.

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses herself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

DATED: September 7, 2000.

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

FILED SEP 07 2000
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

Pursuant to a recusal by the Magistrate on this case, the case has now been reassigned to Magistrate Judge Jonathan G. Lebedoff

NEW CASE NUMBER 00-1924 DDA/JGL

Use this case number for all further filings.